# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANTHONY TRUPIA,

     *Plaintiff,*

v.

MAXWELL LEADERSHIP, INC.,

     *Defendant.*

No. 1:26-cv-02362-TRJ

Jury Trial Demanded

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION TO FILE ELECTRONICALLY

Plaintiff Anthony Trupia, proceeding *pro se*, has filed a motion for leave to file documents electronically. ECF 12. Because this issue concerns the Court's internal procedures and its administration of this case, Defendant Maxwell Leadership, Inc., does not take a position on this motion. Defendant notes that Plaintiff has been denied such relief in other litigation. *See Trupia v. Heritage Hard Assets LLC*, Civil No. CIV-24-498-J (W.D. Okla. Sept. 12, 2024) (attached).

Dated: May 12, 2026

*/s/ Peter J. Brann*
Peter J. Brann*
David Swetnam-Burland*
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME  04243-3070
(207) 786-3566
pbrann@brannlaw.com
dsb@brannlaw.com

*/s/ Edward A. Bedard*
Edward A. Bedard      926148
ROBBINS ALLOY BELINFANTE
  LITTLEFIELD, LLC
500 14th Street, NW
Atlanta, Georgia 30318
(678) 701-9381
(404) 856-3255 (fax)
ebedard@robbinsfirm.com

**\*pro hac vice*

*Attorneys for Defendant*

– 2 –

## CERTIFICATE OF SERVICE

I certify that, on May 12, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification to all counsel of record. I further certify that I served a copy with all attachments on *pro se* Plaintiff Anthony Trupia by email and U.S. mail, postage prepaid, addressed as follows:

Anthony Trupia
605 SE 21st St.
Oklahoma City OK 73129
trupiaar@gmail.com

*/s/ Edward A. Bedard*
Edward A. Bedard