IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY TRUPIA,

     *Plaintiff*,

v.

MAXWELL LEADERSHIP, INC.,

     *Defendant*.

No. 1:26-cv-02362-TRJ

Jury Trial Demanded

**Defendant's Motion to Dismiss**

For the reasons set forth in the accompanying brief, Defendant Maxwell Leadership, Inc. moves to dismiss the complaint filed by Plaintiff Anthony Trupia under Fed. R. Civ. P. 12(b)(6).

Dated: June 2, 2026

/s/ Peter J. Brann
Peter J. Brann (Pro Hac Vice)
David Swetnam-Burland (Pro Hac Vice)
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME 04243-3070
(207) 786-3566
pbrann@brannlaw.com
dsb@brannlaw.com

/s/ Edward A. Bedard
Edward A. Bedard      926148
ROBBINS ALLOY BELINFANTE
  LITTLEFIELD, LLC
500 14th Street, NW
Atlanta, GA 30318
(678) 701-9381
(404) 856-3255 (fax)
ebedard@robbinsfirm.com

*Attorneys for Defendant*

2

## Certificate of Service

I certify that, on June 2, 2026, I electronically filed this document and any attachments using the Court's CM/ECF system, which will send notification to all counsel of record. I further certify that I served a copy with all attachments on *pro se* Plaintiff Anthony Trupia by email and U.S. mail, postage prepaid, addressed as follows:

> Anthony Trupia
> 605 SE 21st St.
> Oklahoma City OK 73129
> trupiaar@gmail.com

> /s/ Peter J. Brann
> Peter J. Brann