**EXHIBIT**

**B**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

ROBERT SUMRELL, individually and on behalf of
all others similarly situated,

    *Plaintiff,*                                 **Case No. 1:26-cv-00531**

vs.

MAXWELL LEADERSHIP, INC.,

    *Defendant,*

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Robert Sumrell to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1.    All claims of the Plaintiff, Robert Sumrell, individually, are hereby dismissed without prejudice.

2.    All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: March 11, 2026

                                     Respectfully Submitted,

                                       **Shamis & Gentile, P.A.**
                                       */s/ Andrew Shamis*
                                        Andrew J. Shamis, Esq.
                                        Georgia Bar No. 494196
                                        ashamis@shamisgentile.com
                                        14 NE 1st Ave., Suite 705
                                        Miami, Florida 33132

Telephone: 305-479-2299

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By:  */s/ Andrew Shamis*
     Andrew J. Shamis, Esq.