**EXHIBIT**

**C**

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

ROBERT SUMRELL, individually and on behalf of
all others similarly situated,

    *Plaintiff*,

**Case No. 1:26−cv−03661**

vs.

MAXWELL LEADERSHIP, INC.,

    *Defendant*.

_____/


### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Robert Sumrell to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1.    All claims of the Plaintiff, Robert Sumrell, individually, are hereby dismissed with prejudice.

2.    All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 13, 2026

        Respectfully Submitted,

        **Shamis & Gentile, P.A.**
        */s/ Christopher Berman*
        Christopher Berman, Esq.
        cberman@shamisgentile.com
        14 NE 1st Avenue, Suite 705
        Miami, FL 33132
        Telephone: 305-479-2299

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,


By:     */s/ Christopher Berman*
        Christopher Berman, Esq.