IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY TRUPIA,<br>*Plaintiff*,<br>v.<br>MAXWELL LEADERSHIP, INC.,<br>*Defendant*. | No. 1:26-cv-02362-TRJ<br>Jury Trial Demanded |

**Defendant's Certificate of Compliance**

As lead counsel for Defendant Maxwell Leadership, Inc., in the above-captioned matter, I hereby certify that I have read the Guidelines to Parties and Counsel in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

Dated: September 4, 2026

/s/ Peter J. Brann
Peter J. Brann (Pro Hac Vice)
David Swetnam-Burland (Pro Hac Vice)
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME 04243-3070
(207) 786-3566
pbrann@brannlaw.com
dsb@brannlaw.com

Edward A. Bedard 926148
ROBBINS ALLOY BELINFANTE
LITTLEFIELD, LLC
500 14th Street, NW
Atlanta, GA 30318
(678) 701-9381
(404) 856-3255 (fax)
ebedard@robbinsfirm.com

*Attorneys for Defendant*

**Certificate of Service**

I certify that, on September 4, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification to all counsel of record. I further certify that I served a copy with all attachments on *pro se* Plaintiff Anthony Trupia by email and U.S. mail, postage prepaid, addressed as follows:

Anthony Trupia
605 SE 21st St.
Oklahoma City OK 73129
trupiaar@gmail.com

/s/ Peter J. Brann
Peter J. Brann